PEOPLE V CAIN, No. 152876; Court of Appeals No. 314342.

*Leave to Appeal Denied January 8, 2016:*

TAYLOR V CURTIS-BOTSFORD REAL ESTATE, LLC, No. 152260; Court of Appeals No. 325401.

KRAUS V GEROU, Nos. 152674 and 152675; Court of Appeals Nos. 326397 and 327149.

MCCORMACK and LARSEN, JJ., did not participate because of prior acquaintances with the parties involved in this matter.

*In re* PRICE, No. 152788; Court of Appeals No. 327001.

*In re* RINCONES, No. 152893; Court of Appeals No. 327495.

*Summary Disposition January 15, 2016:*

PEOPLE V HEMINGER, No. 150843; Court of Appeals No. 316959. By order of April 28, 2015, the application for leave to appeal as cross-appellant the November 20, 2014 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Hartwick* (Docket No. 148444) and *People v Tuttle* (Docket No. 148971). On order of the Court, the cases having been decided on July 27, 2015, 498 Mich 192 (2015), the application for leave to appeal as cross-appellant is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we direct the Alger Circuit Court, on retrial, with the input of the prosecutor and the defendant's counsel, to draft an appropriate instruction, to be given by the trial court to the jury orally and in writing, regarding the defendant's § 8 affirmative defense that is consistent with MCL 333.26428 and *People v Hartwick*, 498 Mich 192 (2015), including the applicable burden of proof. In all other respects, leave to appeal as cross-appellant is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. The stay of trial court proceedings, ordered on April 28, 2015, is dissolved.

*Leave to Appeal Denied January 15, 2016:*

*In re* CUSHMAN, No. 152727; Court of Appeals No. 327254.

*Summary Disposition January 22, 2016:*

PEOPLE V YUMAR BURKS, No. 150857; Court of Appeals No. 314579. On January 14, 2016, the Court heard oral argument on the application for leave to appeal the December 2, 2014 judgment of the Court of Appeals. On order of the Court, the application is again considered. MCR 7.305(H)(1). In lieu of granting leave to appeal, we vacate that part of the Court of Appeals opinion holding that second-degree child abuse under MCL 750.136b(3)(b) is a necessarily included lesser offense of first-degree child abuse. The Court of Appeals did not need to reach this issue because that instruction was never requested in the trial court. In

all other respects, leave to appeal is denied, because we are not persuaded that the remaining question presented should be reviewed by this Court.